DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CONNIE KUSHCH,**
Appellant,

v.

**TOWER HILL SIGNATURE INSURANCE COMPANY**
and **ALEX KUSHCH,**
Appellees.

No. 4D20-2777

[April 7, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE18-016752.

Jose P. Font and Sonya P. Randolph of Font & Nelson, PLLC, Fort Lauderdale, for appellant.

Kara Rockenbach Link and Daniel M. Schwarz of Link & Rockenbach, PA, West Palm Beach, for appellee Tower Hill.

**CONFESSION OF ERROR**

KUNTZ, J.

Connie Kushch appeals the circuit court's order denying her motion to tax attorney's fees and costs. We accept Tower Hill Signature Insurance Company's confession of error and reverse.

Before any party filed briefs in this appeal, Tower Hill filed a confession of error. Tower Hill explained that the circuit court found the motion for fees and costs was untimely because "it was filed more than thirty (30) days from Tower Hill's service of its proposal for settlement."

Tower Hill "elects not to defend" the circuit court's order and "consents to reversal." It also "stipulates" that Connie Kushch "was entitled to attorneys' fees and costs in the trial court through March 21, 2019—the date Connie Kushch accepted Tower Hill's proposal for settlement."

This appeal was previously sua sponte dismissed for failure to pay the filing fee, and later reinstated. Tower Hill filed the confession of error less than one month after we reinstated the appeal. We commend Tower Hill and its appellate attorneys for promptly filing the confession of error and doing so before Connie Kushch had to file a brief.[1]

Based on the proper confession of error, we reverse the court's order and remand for further proceedings.

*Reversed and remanded.*

CIKLIN and GERBER, JJ., concur.

\*        \*        \*

**Not final until disposition of timely filed motion for rehearing.**

---

[1] Without a record on appeal, we cannot determine why Tower Hill's trial attorneys opposed the requested relief when Connie Kushch filed a motion for rehearing in the circuit court.